SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
515 SOUTH FIGUEROA STREET, SUITE 1470
LOS ANGELES, CALIFORNIA 90071-3331
TEL (213) 996-4200 • FAX (213) 892-8322

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 8:22-cv-00930-SSS-KESx<br><br>**JUDGMENT FOR PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S COMPLAINT AGAINST DEFENDANT ZURICH AMERICAN INSURANCE COMPANY** |

This judgment addresses the Complaint by Plaintiff Travelers Property Casualty Company of America ("Travelers") against Defendant Zurich American Insurance Company ("Zurich"), inclusive of all causes of action and claims therein. No counterclaims, crossclaims or third party complaints were filed by or against Zurich in this action.

Plaintiff Traveler's complaint against Zurich came before the Court on Steadfast's Motion for Summary Judgment. After full consideration of the evidence, including declarations, authorities and pleadings submitted in support and

in opposition to the motion, and for those reasons stated in the Court's Order dated January 19, 2024 granting Zurich's Motion for Summary Judgment against Travelers, the Court granted summary judgment in favor of Zurich.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Travelers take nothing under its Complaint as to Defendant Zurich, that Defendant Zurich be dismissed from this action on the merits, and that Defendant Zurich recover its costs from Plaintiff Travelers.

DATED: January 30, 2024

_____
SUNSHINE S. SYKES
United States District Judge