JEFFREY N. LABOVITCH (SBN: 221934)
jlabovitch@nicolaidesllp.com
PATRICIA A. DAZA-LUU (SBN: 261564)
pdazaluu@nicolaidesllp.com
ANDREW D. TELLES WYATT (SBN: 316740)
awyatt@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa Street, Suite 750
Los Angeles, CA 90017
Telephone:  (213) 402-1245

KELLEY K. BECK (SBN: 089030)
Attorney at Law
114 S June Street
Los Angeles, CA 90004
Telephone:  (213) 488-3903

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.  8:22-cv-00930-SSS-KESx<br><br>**SUPPLEMENTAL DECLARATION OF KELLEY K. BECK IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S OPPOSITION TO TRAVELERS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Accompanying Documents**:<br>Opposition; Statement of Genuine Disputes of Material Facts; Supplemental Declaration of Stephanie Bright |

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation,<br><br>           Counter-Claimant<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>           Counter-Defendant. | Date:     June 7, 2024<br>Time:    2:00 p.m.<br>Dept.:    Courtroom 2<br>Judge:   Hon. Sunshine S. Sykes<br><br>Complaint filed:  May 5, 2022<br>Trial Date:        March 24, 2025 |

I, Kelley K. Beck, declare as follows:

1. I am an attorney at law admitted to practice before all courts in the State of California and the United States District Court for the Central District of California and am counsel of record in the above-captioned matter for Defendant and Counterclaimant Liberty Mutual Fire Insurance Company ("Liberty"). I have personal knowledge of the matters stated herein, unless stated on information and belief, and if called as a witness at trial would so testify.

2. I make this Declaration in support of Liberty's Opposition to Travelers Property Casualty Company of America's ("Travelers") Motion for Summary Judgment ("Motion").

3. Travelers retained a billing expert, Jacqueline Vinaccia, to audit defense bills relative to Turner Construction Company's ("Turner") defense in the underlying action titled, *T-12 Three, LLC, et al. v. Turner Construction Company, et al.*, Orange County Superior Court Case Number 30-2011-00514568-CU-SU-CXC (the "Underlying Action"). A true and correct copy of Ms. Vinaccia's expert report as produced by Travelers is attached as Exhibit 23.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that I signed this declaration in
3  Los Angeles, California on May 3, 2024.

*[signature: Kelley K. Beck]*

Kelley K. Beck