**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
Aaron M. Daniels (SBN 279681)
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA 92653
T: 714.384-6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com
adaniels@aguileragroup.com
alg@aguileragroup.com

Attorneys for Plaintiff Travelers Property Casualty Company of America

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation.<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>Defendants | Case No.  8:22-cv-00930-SSS-KESx<br><br>**AMENDED JUDGMENT FOR PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AGAINST LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

**JUDGMENT**

It appearing from the files and records in this action that:

1. On February 19, 2025, the Court entered an order (Docket No. 89) awarding summary judgment to Plaintiff Travelers Property Casualty Company of America ("Travelers") against Defendant Liberty Mutual Fire Insurance Company ("Liberty") ruling that 1) Travelers did not have a duty to defend Turner Construction Company ("Turner") in the underlying action of *T-12 Three, LLC v. Turner Construction Company, et al.*, Case No. 30-2011-00514568-CU-SU-CXC filed in the

1

1. Superior Court of California for the County of Orange (the "Underlying Action") under the 2006-2008 policies issued by Travelers; 2) Travelers did not have a duty to defend Turner in the Underlying Action under the 2012-2018 policies issued by Travelers; and 3) Travelers is entitled to equitable contribution and equitable indemnity from Liberty because it did not have a duty to defend Turner;

2. In the same order, the Court denied Liberty's Motion for Partial Summary Judgment;

3. On March 4, 2025, the Court entered Judgment in favor of Travelers, finding that Travelers was entitled to reimbursement from Liberty in the amount of $2,186,359.76, plus costs and disbursements in an amount to be determined, together with interest thereon as provided by statute from the date of entry of the judgment (Docket No. 92);

4. On March 18, 2025, Travelers filed an Application to the Clerk to Tax Costs in the amount of $4,267.97 (Docket No. 93), to which Liberty did not object; and

4. On May 21, 2025, Travelers filed a Renewed Motion to Amend the Judgment seeking prejudgment interest in the amount of $780,360.12, bringing the total amount to $2,966,719.88. On July 2, 2025, the Court entered an order granting the Renewed Motion to Amend the Judgment while noting that, in the alternative, the Court would *sua sponte* reconsider its previous order denying Travelers' first Motion to Amend the Judgment, and grant that motion on its merits. The Court amends the judgment as set forth below;

///
///
///
///
///
///
///

2

Case No. 8:22-cv-00930-SSS (KESx)
**AMENDED JUDGMENT FOR PLAINTIFF**
**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AGAINST LIBERTY MUTUAL FIRE INSURANCE COMPANY**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Travelers owes no duty to defend Turner Construction in the Underlying Action. Travelers is entitled to reimbursement from Liberty in the amount of $2,966,719.88, plus costs and disbursements in the amount of $4,267.97, together with interest thereon as provided by statute from the date of entry of this judgment; and

2. Counterclaimant Liberty shall have no recovery against Travelers.

Dated: July 21, 2025

SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT JUDGE